**In re ARVINMERITOR, INC.**

No. 2009–1287.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2009.

Theodore W. Olds III, Carlson, Gaskey & Olds, P.C., of Birmingham, Michigan, argued for appellant. With him on the brief was David J. Gaskey.

Nathan K. Kelley, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and William LaMarca, Associate Solicitor. Of counsel was Thomas W. Krause, Associate Solicitor.

MAYER, PLAGER, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

MAYER, PLAGER, and DYK, Circuit Judges.

**Judgment**